54.00

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

RICHARD W. CLARK, individually and d/b/a
R & W CLARK CONSTRUCTION, INC., a
dissolved Illinois corporation

CASE NUMBER: 08CV2026

ASSIGNED JUDGE: JUDGE GUZMAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Richard W. Clark
19418 97th Avenue
Mokena, IL   60448

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) **DEPUTY CLERK**

April 10, 2008
Date

```
CASE NUMBER.                                          SHERIFF'S OFFICE
---------------------------------------    ============ ATTORNEY ============
WILLIAM E DUGAN                            JENNIFER L. DUNITZ-GEIRINGER
       -VS-                                200 W. ADAMS STREET
RICHARD W CLARK                            SUITE 2200
                                           CHICAGO, IL

=========== DESCRIPTION ===========    ========= ATTEMPTED SERVICES =========
                                           DATE           TIME        BADGE #
SUMMONS & COMPLAINT
                                         4-16-08  LOCKED  11:07        350
ISSUED:  4/15/08    EXPIRES:  5/10/08    4-23-08  LOCKED  12:52        350
FEES:    54.00      EVC/DEP:             4-25-08  LOCKED  10:26        350

======== PERSON TO BE SERVED ========

RICHARD W CLARK                            NOTES:
19418 97TH AVENUE
MOKENA, IL
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ✓ PERSONAL SERVICE: BY LEAVING A COPY OF THE ✓ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ___ SERVICE ON: ___ CORPORATION ___ COMPANY ___ BUSINESS by leaving a COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED: ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: RICHARD W CLARK
SERVING ADDRESS: 19418 194TH AVENUE MOKENA, IL
WRIT SERVED ON: SAME            RELATIONSHIP: SELF
SEX M (M/F)  RACE W  DOB 6-10-55  52
THIS 28TH DAY OF APR 20 08 TIME 10:08 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # 00-350
REMARKS: _____

MAG81061029