IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 08 C 2026 |
| RICHARD W. CLARK, individually and | ) | |
| d/b/a R & W CLARK CONSTRUCTION, | ) | JUDGE RONALD A. GUZMAN |
| INC., a dissolved Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, RICHARD W. CLARK, individually and d/b/a R & W CLARK CONSTRUC-TION, INC., a dissolved Illinois corporation, in the total amount of $38,034.39, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $546.50.

On April 28, 2008, the Summons and Complaint was served on the Defendant, Richard W. Clark, by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto).  Therefore, Defendant's answer was due on May 19, 2008.  As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/  Jennifer L. Dunitz-Geiringer

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of June 2008:

> Mr. Richard W. Clark
> R & W Clark Construction, Inc.
> 19418 97th Avenue
> Mokena, IL   60448

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\R & W Clark\2008\motion for default judgment.jdg.df.wpd

*54.00*

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

CASE NUMBER:     08CV2026

V.

ASSIGNED JUDGE:    JUDGE    GUZMAN

                   MAGISTRATE JUDGE    NOLAN

RICHARD W. CLARK, individually and d/b/a
R & W CLARK CONSTRUCTION, INC., a
dissolved Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Richard W. Clark
19418 97th Avenue
Mokena, IL   60448

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**April 10, 2008**

**Date**

```
------------------------------------/----      ============= ATTORNEY =============
                                                JENNIFER L. DUNITZ-GEIRINGER
WILLIAM E DUGAN                                 200 W. ADAMS STREET
    -VS-                                        SUITE 2200
RICHARD W CLARK                                 CHICAGO, IL
```

============ DESCRIPTION ============      ======== ATTEMPTED SERVICES ========

SUMMONS & COMPLAINT

| | DATE | TIME | APR 2008 BADGE # |
|---|---|---|---|
| ISSUED: 4/15/08  EXPIRES: 5/10/08 | 4-16-08 LOCKED | 11:07 | 350 |
| FEES: 54.00  EVC/DEP: | 4-23-08 LOCKED | 12:52 | 350 |
| | 4-25-08 LOCKED | 10:26 | 350 |

======== PERSON TO BE SERVED ========

RICHARD W CLARK
19418 97TH AVENUE          NOTES:
MOKENA, IL

==================================================================================

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) __✓__ PERSONAL SERVICE: BY LEAVING A COPY OF THE __✓__ SUMM/COMP ___ CITATION
        ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT
        ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION.
        ___ CIVIL NO-CONTACT ORDER.

(B) ____ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ____ SERVICE ON: ___ CORPORATION ___ COMPANY ___ BUSINESS by leaving a
        COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE
        ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ____ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ____ THE NAMED DEFENDANT WAS NOT SERVED:
        ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED
        ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: RICHARD W CLARK

SERVING ADDRESS: 19418 194TH AVENUE MOKENA, IL

WRIT SERVED ON: SAME          RELATIONSHIP: SELF
        SEX M (M/F) RACE W DOB 6-10-55 52

THIS 28TH DAY OF APR 2008 TIME 10:08 HOURS

PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # 08-350

REMARKS: _____

MAG81061029