IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 08 C 2026 |
| RICHARD W. CLARK, individually and ) | |
| d/b/a R & W CLARK CONSTRUCTION, ) | JUDGE RONALD A. GUZMAN |
| INC., a dissolved Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   Mr. Richard W. Clark
R & W Clark Construction, Inc.
19418 97th Avenue
Mokena, IL   60448

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **10th** day of **June 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Ronald A. Guzman, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1219, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment. A copy of said motion is hereby served upon you.

/s/   Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of June 2008:

      Mr. Richard W. Clark
      R & W Clark Construction, Inc.
      19418 97th Avenue
      Mokena, IL   60448


      /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\R & W Clark\2008\notice of motion.jdg.df.wpd