## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2026 | DATE | 6/10/08 |
| CASE TITLE | WILLIAM E. DUGAN, et al vs. RICHARD W. CLARK | | |

**DOCKET ENTRY TEXT**

Enter judgment order.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

| | | Courtroom Deputy Initials: | CG |
|---|---|---|---|