*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____   Assigned/Issued By: _____

Judge Name: _____   Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
_____
_____
*(Victim, Against and $ Amount)*

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____   ☐ Other
(Type of Writ)   _____
_____
*(Type of issuance)*

_____Original and _____ copies on _____ as to _____
(Date)
_____
_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al., )
                 Plaintiffs, )
)
vs. )
RICHARD W. CLARK, individually and d/b/a )
R & W CLARK CONSTRUCTION, INC., a )
dissolved Illinois corporation, )
                 Defendant, )
)
                 and )
PARKWAY BANK & TRUST CO., )
4800 N. Harlem Avenue )
Harwood Heights, IL 60706 )
(708) 867-6600 )
                 Garnishee )
                 Defendant. )

**FILED** JUL 31 2008 TC
7-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CIVIL ACTION
NO.  08 C 2026

JUDGE  RONALD A. GUZMAN

RETURN DATE: August 29, 2008

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Jennifer L. Dunitz-Geiringer on oath states:

1. Judgment was entered in this case on June 10, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor Richard W. Clark, individually and d/b/a R & W Clark Construction, Inc. for $ 38,580.89 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
    $ 38,580.89 principal
    $ 0.00 costs
    $ 0.00 interest
    $ 38,580.89 TOTAL

4. I believe garnishee PARKWAY BANK & TRUST CO. is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 19418 97th Avenue, Mokena, IL 60448

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON July 31, 20 08.

NAME: Jennifer L. Dunitz-Geiringer
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: (312) 236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>RICHARD W. CLARK, individually and d/b/a )<br>R & W CLARK CONSTRUCTION, INC., a )<br>dissolved Illinois corporation, )<br>)<br>Defendant, )<br>)<br>and )<br>PARKWAY BANK & TRUST CO., )<br>4800 N. Harlem Avenue )<br>Harwood Heights, IL 60706 )<br>(708) 867-6600 )<br>Garnishee )<br>Defendant. ) | CIVIL ACTION<br><br>NO. 08 C 2026<br><br>JUDGE RONALD A. GUZMAN |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _____
   (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _____
   (Yes or No)

4. If your answer is yes, state:

   Description: _____
   Amount: $ _____
   Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.