IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD W. CLARK, individually and | ) | CIVIL ACTION |
| d/b/a R & W CLARK CONSTRUCTION, | ) | |
| INC., a dissolved Illinois corporation, | ) | NO. 08 C 2026 |
| | ) | |
| Defendant, | ) | JUDGE RONALD A. GUZMAN |
| | ) | |
| and | ) | |
| | ) | |
| PARKWAY BANK & TRUST CO., | ) | |
| | ) | |
| Garnishee Defendant. | ) | |

## NOTICE OF MOTION

TO:  Ms. Rosa E. Acuna                                         Mr. Richard W. Clark
       Legal Research Department                          R & W Clark Construction, Inc.
       Parkway Bank & Trust Co.                              19418 97th Avenue
       4800 N. Harlem Avenue                                 Mokena, IL   60448
       Harwood Heights, IL   60706

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **2nd** day of **September 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Ronald A. Guzman, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1219, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Turn-Over Order Against Garnishee Defendant.  A copy of said motion is hereby served upon you.

/s/   Jennifer L. Dunitz-Geiringer

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of August 2008:

>Ms. Rosa E. Acuna
>Legal Research Department
>Parkway Bank & Trust Co.
>4800 N. Harlem Avenue
>Harwood Heights, IL   60706
>
>Mr. Richard W. Clark
>R & W Clark Construction, Inc.
>19418 97th Avenue
>Mokena, IL   60448

>/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\R & W Clark\2008\notice of motion-too.jdg.df.wpd