IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD W. CLARK, individually and | ) | CIVIL ACTION |
| d/b/a R & W CLARK CONSTRUCTION, | ) | |
| INC., a dissolved Illinois corporation, | ) | NO. 08 C 2026 |
| | ) | |
| Defendant, | ) | JUDGE RONALD A. GUZMAN |
| | ) | |
| and | ) | |
| | ) | |
| PARKWAY BANK & TRUST CO., | ) | |
| | ) | |
| Garnishee Defendant. | ) | |

**TURN-OVER ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs for entry of a turn-over order against Garnishee-Defendant, and the Court being fully advised in the premises, FINDS:

1.  On June 10, 2008, judgment was entered by the Honorable Ronald A. Guzman in favor of Plaintiffs and against Defendant in the amount of $38,580.89.

2.  On August **, 2008, Plaintiffs caused a non-wage garnishment summons and interrogatories to be served on Garnishee Defendant, Parkway Bank & Trust Co.

3.  On August 14, 2008, Garnishee Defendant, Parkway Bank & Trust Co., answered Plaintiffs' Interrogatories indicating that it was in possession of $21,118.00, which was then due and owing to Defendant, Richard W. Clark, individually and d/b/a R & W Clark Construction, Inc.

        4.        After Garnishee Defendant deducted its fee of $100.00, there remains $21,018.00 due and owing to Defendant.

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Plaintiffs have and recover from the Garnishee-Defendant, PARKWAY BANK & TRUST CO., the sum of $21,018.00.

                                          ENTER:

                                          _____
                                          UNITED STATES DISTRICT JUDGE

DATED: _____

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\R & W Clark\2008\too.jdg.df.wpd

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Turn-Over Order) to be served upon:

>Ms. Rosa E. Acuna
>Legal Research Department
>Parkway Bank & Trust Co.
>4800 N. Harlem Avenue
>Harwood Heights, IL  60706
>
>Mr. Richard W. Clark
>R & W Clark Construction, Inc.
>19418 97th Avenue
>Mokena, IL  60448

by U.S. Mail on or before the hour of 5:00 p.m. this 19th day of August 2008.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\R & W Clark\2008\too.jdg.df.wpd