# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2026 | **DATE** | 9/2/09 |
| **CASE TITLE** | WILLIAM E. DUGAN, et al vs. RICHARD W. CLARK | | |

**DOCKET ENTRY TEXT**

Enter turn-over order against Garnishee Parkway Bank & Trust Company.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|